**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Case No. 2:25-cv-14353-EP

JORGE SUAZO SOTO

*Plaintiff*,

v.

Eric ROKOSKY, Warden, Elizabeth Detention Center, et al.,

*Defendants.*

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby request the above matter be voluntarily dismissed without prejudice and without costs or fees to any party as Plaintiff has been released from detention.

Respectfully submitted,

Dated: August 18, 2025

By: /s/ *Danielle Fackenthal*
Danielle Fackenthal
Fackenthal Law, P.C.
1026 Lake Drive
Snellville, Georgia 30039
(706)400-4523
fackentd@outlook.com
*Attorney for Plaintiff*

Julie A. Goldberg
Goldberg & Associates
Attorney for Plaintiff
Appearing Pro Hac Vice

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 8/19/2025